**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA LEWIS, on behalf of herself and those similarly situated,<br><br>        Plaintiff,<br>   v.<br><br>TROPICANA PRODUCTS, INC. a division of PepsiCo, Inc.,<br><br>        Defendant. | Case No. 2:12-CV-00049-JAM-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure

2  41(a)(1)(A)(i), plaintiff Angelena Lewis voluntarily dismisses this action without prejudice.

3

4  Dated:  February 10, 2012                           Respectfully submitted,

5
                                                       **BURSOR & FISHER, P.A.**
6
                                                       By:     */s/ Sarah N. Westcot*
7                                                                Sarah N. Westcot

8                                                      L. Timothy Fisher (State Bar No. 191626)
                                                       Sarah N. Westcot (State Bar No. 264916)
9                                                      1990 North California Boulevard, Suite 940
                                                       Walnut Creek, CA  94596
10                                                     Telephone: (925) 300-4455
                                                       Facsimile:  (925) 407-2700
11                                                     E-Mail: ltfisher@bursor.com
                                                                swestcot@bursor.com
12
                                                       **BURSOR & FISHER, P.A.**
13                                                     Scott A. Bursor (State Bar No. 276006)
                                                       369 Lexington Avenue, 10th Floor
14                                                     New York, New York 10017
                                                       Telephone: (646) 837-7150
15                                                     Facsimile:  (212) 989-9163
                                                       E-Mail: scott@bursor.com
16
                                                       *Attorneys for Plaintiff*
17

18

19

20

21

22

23

24

25

26

27

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE                                          1
CASE NO. 2-12-CV-00049-JAM-EFB